**Affirmed and Memorandum Majority Opinion and Memorandum Concurring Opinions filed October 27, 2022.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00128-CV

---

### CITY OF HOUSTON, Appellant

### V.

### JIMMIE LEE JONES JUNIOR, Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1158605**

---

## MEMORANDUM CONCURRING OPINION

I agree with the court's judgment affirming the denial of the city's motion for summary judgment. I do not join the majority opinion, however, because I do not agree with the court's discussion and analysis of the good faith issue. Instead, I would hold that a genuine and material fact question exists as to whether Sergeant Kim was engaged in a discretionary duty. It is unnecessary to address the good

faith element of official immunity in this case.  For these reasons, I concur in the judgment only.


/s/      Kevin Jewell
         Justice


Panel consists of Justices Jewell, Spain, and Hassan.  (Hassan, J., majority)